IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAMADI M ALI,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR MANAGEMENT SOLUTIONS,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00583-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Jared C. Bennett on June 1, 2026, recommending the Court dismiss this action without prejudice for failure to prosecute.[1]  The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2]  No party filed any objection, nor did any party file any other item.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts it.  Despite multiple orders to comply with the Order to Propose Schedule,[3] and an Order to Show Cause,[4] Plaintiff has failed to take any action whatsoever in this case for many months.  Accordingly, this case will be dismissed for failure to prosecute.

---

[1] *See* Report and Recommendation (ECF No. 16).

[2] *See id.* at 4.

[3] ECF Nos. 13, 14.

[4] ECF No. 15.

## ORDER

Based on the above, the Court ADOPTS the Report and Recommendation (ECF No. 16)

and DISMISSES this action without prejudice.  Let judgment be entered accordingly.

DATED this 16th day of June 2026.     By the Court:

_____
Ann Marie McIff Allen
United States District Judge